# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kyle Minnis,**<br><br>       Plaintiff,<br><br>  v.<br><br>**National Railroad Passenger Corporation, dba Amtrak**; and Does 1-10, Inclusive,<br><br>       Defendants. | Case No.: 8:14-cv-00419-CJC-AN<br><br>**Order re: Joint Notice of Settlement and Request to Vacate all Currently Calendared Dates** |

The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the Parties' settlement agreement and filing of a stipulation of dismissal. Based on the representations of the Parties, IT IS ORDERED THAT:

1. The Parties file a stipulation of dismissal within forty-five days;
2. All currently set dates be taken off calendar.

IT IS SO ORDERED.

Dated: 7/3/14

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE